# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lynn Carlos,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

vs.                                                3:10-cv-609-MOC

Presbyterian Hospital, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 6, 2011 Order.

                                             Signed: July 6, 2011

                                             *Frank G. Johns*

                                             Frank G. Johns, Clerk
                                             United States District Court